Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
JERRY PICKETT

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| JERRY PICKETT, ) | **Case No.:** 11-cv-01593-ROS |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF SETTLEMENT** |
| v. ) | |
| ) | |
| CENTRAL CREDIT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, JERRY PICKETT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                                                  Respectfully Submitted,

Dated: September 16, 2011        KROHN & MOSS, LTD.


                                       By: /s/ Ryan Lee

                                            Ryan Lee
                                            Attorney for Plaintiff

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 16, 2011, I served a copy of this document via ELECTRONIC MAIL upon the following:

David Melcer
BASS & ASSOCIATES, P.C.
3936 E. Fort Lowell Road Suite 200
Tucson, AZ 85712
(520) 577-1544
dmelcer@bass-associates.com
Attorneys for Defendant
Central Credit Services, Inc.

                        By: /s/ Ryan Lee

                            Ryan Lee
                            Attorney for Plaintiff