IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jerry Pickett,<br><br>    Plaintiff,<br><br>vs.<br><br>Central Credit Services, Inc.,<br><br>    Defendant. | No. CV-11-1593-PHX-ROS<br><br>**ORDER** |

**IT IS ORDERED** pursuant to stipulation (Doc. 11) the case is dismissed with prejudice. The Clerk of the Court shall close this case.

DATED this 2nd day of November, 2011.

_____
Roslyn O. Silver
Chief United States District Judge